UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOLLY JONES, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>          Defendants. | Case No.: 11-CV-06584-LHK |
| WANDA ALEXANDER, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>         Defendants. | Case No.: 11-CV-06589-LHK<br><br>ORDER DIRECTING COUNSEL TO FILE INTERESTED PARTY RESPONSE OR NOTICE OF RELATED CASE WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

On January 26, 2012, the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") held a hearing, pursuant to 28 U.S.C. § 1407, to consider whether to transfer cases potentially related to the above-captioned matters. *In re Am. Med. Sys., Inc. Pelvic Repair Sys. Prods. Liab. Litig.*, Case MDL No. 2325 (filed Nov. 23, 2011). By February 8, 2012, Counsel in each of the above-captioned matters is hereby ordered to file with the MDL Panel either an interested party response or a notice of related case in Case MDL No. 2325. The filing must include a copy of the respective complaint and the docket sheet.

**IT IS SO ORDERED.**

Dated: February 6, 2012

                                                           _Lucy H. Koh_
                                                           LUCY H. KOH
                                                           United States District Judge

1

Case No.: 11-CV-06584-LHK; 11-CV-06589
ORDER DIRECTING COUNSEL TO FILE INTERESTED PARTY RESPONSE OR NOTICE OF RELATED CASE